

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-13-00231-CV

James W. **CARROLL**,
Appellant

v.

Joan **CASTANON**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-09347
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On September 18, 2013, we abated this appeal based on Appellant's petition for bankruptcy filed in the United States Bankruptcy Court, District of Maryland, under Case No. 13-22772, on July 26, 2013. *See* TEX. R. APP. 8.1. We suspended the appeal and all time periods under the Texas Rules of Appellate Procedure from the date the bankruptcy petition was filed in the bankruptcy court. *See id.* R. 8.2. We advised the parties the appeal would remain suspended unless and until it is reinstated in accordance with Rule 8.3. *See id.* R. 8.3(a).

On January 14, 2014, Appellant James Carroll filed a motion to reinstate the appeal and attached a certified copy of the court's order from the United States Bankruptcy Court for the District of Maryland, Greenbelt Division. *See id.* The order states that "the Motion to Approve Settlement of Motion to Modify the Automatic Stay to Permit Debtor to Prosecute the Appeal in the Case of James W. Carroll v. Joan Castanon is hereby granted."

Therefore, we REINSTATE this appeal on this court's docket. Appellant's brief must be filed within THIRTY DAYS of the date of this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.



Keith E. Hottle
Clerk of Court